# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TERRY DREIBELBIS, | : | No. 52 MAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at 405 MD 2018 |
| v. | : | dated 7/23/18 |
| | : | |
| JOHN WETZEL, SECRETARY OF CORRECTIONS, | : | |
| | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                   **DECIDED:  March 26, 2019**

     **AND NOW**, this 26th day of March, 2019, the Order of the Commonwealth Court is AFFIRMED.